AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | CORRECTED*<br><br>REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION  ☐ APPEAL

COURT NAME AND LOCATION: United States District Court - Central District of California, 350 W. 1st Street, Los Angeles, California 90012

DOCKET NO.: 2:22-cv-08562-ODW

DATE FILED: 11/22/2022

PLAINTIFF: DESIGN COLLECTION, INC.

DEFENDANT: KOHL'S CORPORATION, individually and d/b/a "CROFT & BARROW," et al.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-154-080 | DC-39046 | DESIGN COLLECTION, INC. |
| 2 VA 2-126-612 | DC-31768 | DESIGN COLLECTION, INC. |
| 3 VA 2-044-810 | DC-26944 | DESIGN COLLECTION, INC. |
| 4 VA 1-265-957 | DC-26718 | DESIGN COLLECTION, INC. |
| 5 VA 2-151-918 | DC-35580 | DESIGN COLLECTION, INC. |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED:

INCLUDED BY: ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED: ☒ Order  ☐ Judgment

WRITTEN OPINION ATTACHED: ☐ Yes  ☒ No

DATE RENDERED: 3/30/2023

CLERK: Kiry Gray

(BY) DEPUTY CLERK: L Chai

DATE: 3/30/2023

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

PAGE 1 OF 2

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  2:22-cv-08562-ODW   DATE FILED  11/22/2022 | United States District Court - Central District of California<br>350 W. 1st Street<br>Los Angeles, California 90012 |
| PLAINTIFF<br>DESIGN COLLECTION, INC. | DEFENDANT<br>KOHL'S CORPORATION, individually and d/b/a "CROFT & BARROW," et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6  VA 2-152-512 | DC-37130 | DESIGN COLLECTION, INC. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>3/30/2023 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>3/30/2023 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   X
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DESIGN COLLECTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION et al.,<br><br>Defendants. | Case № 2:22-cv-08562-ODW (ASx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the parties' Stipulation to Dismiss Action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 30, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**